IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| TIMOTHY HINTON, | |
| Plaintiff, | CIVIL ACTION NO.: 5:22-cv-16 |
| v. | |
| PAUL GRIECO, et al., | |
| Defendants. | |

**O R D E R**

Plaintiff filed this action on March 22, 2022.  Doc. 1.  On March 23, 2022, the Court issued its standard Rule 26 Instruction Order.  Doc. 3.  The Court denied Defendants' motions to dismiss Plaintiff's Complaint on March 28, 2023.  Doc. 23.  Defendants Clark, Jones, Strickland, Upton, Webb, and Williams filed their Answer on April 11, 2023, as did Defendant Grieco. Docs. 24, 27.

Federal Rule of Civil Procedure 26(f) requires the parties to meet and confer at the initiation of a lawsuit.  Rule 26 requires the parties to discuss a number of things, including the prospects for resolving a case, initial discovery disclosures, and a proposed discovery plan.  The attorneys of record are "jointly responsible" for scheduling and attending the conference.  Fed. R. Civ. P. 26(f)(2).  Further, pursuant to Local Rule 26.1(a) of this Court, the parties must hold the Rule 26(f) conference by the earlier of 60 days after any defendant has been served with the complaint or 45 days after any defendant has appeared.  Within 14 days of that conference, the parties are to file a report with the Court.  Local R. 26.1(b); Doc. 3.  Despite these guidelines and instructions from the Court, the parties have not filed their Rule 26(f) report.  No party moved to stay these proceedings, nor did the Court impose a stay, pending resolution of the motions to

dismiss.  Presumably, the parties either agreed to not pursue discovery while the motions to dismiss were pending or pursued discovery during that time without providing the Court with a Rule 26(f) report.  Regardless, at this point, the parties must satisfy their obligations under Rule 26 and proceed with discovery.

Accordingly, the Court **ORDERS** the parties to confer under Rule 26(f) within 14 days of this Order and submit a Rule 26(f) report within 7 days of their Rule 26(f) conference.  The parties are to use and fully complete the Rule 26(f) form for use in Judge Wood/Judge Cheesbro cases, which can be found on the Court's website.

**SO ORDERED**, this 25th day of April, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA