IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| TIMOTHY HINTON, <br><br> Plaintiff, <br><br> v. <br><br> PAUL GRIECO, et al., <br><br> Defendants. | CIVIL ACTION NO.: 5:22-cv-16 |

**O R D E R**

The parties filed a Joint Motion to Take Deposition of Plaintiff. Doc. 42. The parties seek leave of Court for Defendants to depose Plaintiff, who is currently housed at the McEver Detention Center in Perry, Georgia, under Federal Rule of Civil Procedure 30(a). Id. Upon review, the Court **GRANTS** the parties' Motion. Defendants, through counsel, shall be entitled to take the deposition of Plaintiff at the McEver Detention Center by remote means and stenographic recording, pursuant to Federal Rules of Civil Procedure 26 and 30. The Court advises the parties they are to abide by any and all reasonable security and safety measures officials at the McEver Detention Center may put in place for the taking of Plaintiff's deposition. In addition, the Georgia Department of Corrections shall make Plaintiff available for the remote deposition, which is scheduled to take place on December 12, 2023 at 10:00AM.

**SO ORDERED**, this 4th day of December, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA