# In the United States District Court for the Southern District of Georgia
## Waycross Division

TIMOTHY HINTON,

    Plaintiff,

v.

PAUL GRIECO, et al.,

    Defendants.

CV 522-016

## ORDER

Within ten days, the Parties are hereby **ORDERED** to state on the record whether the Notice of Suggestion of Death, dkt. no. 63, operates as a valid notice pursuant to Rule 25(a) of the Federal Rules of Civil Procedure. The motion hearing currently scheduled for June 7, 2024 is continued until further Order of the Court.

**SO ORDERED**, this 28 day of May, 2024.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA